# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

151365

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSEPH LEE GILMORE,
     Defendant-Appellant.
_____/

SC: 151365
COA: 318592
Wayne CC: 12-004304-FC

On order of the Court, the application for leave to appeal the February 10, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

a1216